IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| GRANDMOTHERS GROWING GOODNESS, and THE WILDERNESS SOCIETY,<br><br>Plaintiffs,<br>v.<br><br>DOUG BURGUM, in his official capacity as Secretary of the Interior, *et al.*,<br><br>Defendants. | Case No. 1:26-cv-00513-AHA |

## STATUS REPORT

As indicated in the previous Status Report, Dkt. 21, counsel for Defendant Doug Burgum, in his official capacity as Secretary of the Interior, et al., offers a further status report. Following further conferral, the parties have not been able to reach an agreement on a joint proposal to modify the current schedules for resolving the motions to transfer and for preliminary injunction.

Respectfully submitted this 25th day of February 2026.

> ADAM R.F. GUSTAFSON
> Principal Deputy Assistant Attorney General
> United States Department of Justice
> Environment and Natural Resources Division
>
> */s/ Paul A. Turcke*
> PAUL A. TURCKE (Idaho Bar # 4759)
> Trial Attorney, Natural Resources Section
> 1290 West Myrtle Street, Suite 500
> Boise, ID 83702
> (202) 532-5994
> paul.turcke@usdoj.gov
>
> *Counsel for Defendants*